UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

HUNTER ENGINEERING COMPANY

|  |  |  |
|---|---|---|
| , | ) | |
| plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| HENNESSY INDUSTRIES, INC., | ) | |
| | ) | |
| , | ) | |
| defendant. | ) | |

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

——THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER_____

AND ASSIGNED TO THE HONORABLE JUDGE_____.

✓NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT,

PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE

OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date:___April 7, 2008_____

/s/ Rudolph A. Telscher, Jr.
_____
Signature of Filing Party