AO 440 (Rev. 10/93)   Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF MISSOURI

HUNTER ENGINEERING COMPANY,

        Plaintiff,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

HENNESSY INDUSTRIES, INC., a
Subsidiary of DANAHER CORPORATION,

        Defendant.

**TO:** (Name and address of defendant)

Ct Corporation System
800 S. Gay Street, Suite 2021
Knoxville, TN  37929
Registered agent for: Hennessy Industries, Inc.
1601 J.P. Hennessy Drive
LaVergne, TN  37086

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rudolph A. Telscher, Jr.
Matthew L. Cutler
Kara R. Yancey
Harness, Dickey & Pierce, PLC
7700 Bonhomme Avenue, Suite 400
St. Louis, MO  63105

an answer to the complaint which is herewith served upon you, within _____20 (twenty)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by met | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.